

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 4854 | **DATE** | 5/31/2002 |
| **CASE TITLE** | Dolores J. Russo vs. B & B Catering, Inc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

### DOCKET ENTRY:

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Prove-Up hearing held. Enter Memorandum Opinion and Order. She is not, therefore, entitled to recovery of the premiums but she is entitled to the coverage she would have had. That amount is $14,684.98. Accordingly, we award fees of $10,932 and costs of $2,340.77. The total amount of the judgment is $27,957.75.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | JUN 4 2002 date docketed | |
| | Notified counsel by telephone. | | | |
| ✓ | Docketing to mail notices. | U.S. DISTRICT COURT CLERK | docketing deputy initials | 41 |
| ✓ | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | 02 JUN -3 AM 9:56 | date mailed notice | |
| WAH | courtroom deputy's initials | FILED Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOLORES J. RUSSO,

      Plaintiff,

vs.       No. 00 C 4854

B & B CATERING, INC., and
JEFFREY DZIEDZIC,

      Defendants.

## MEMORANDUM OPINION AND ORDER

In her prove-up of damages following a liability finding, plaintiff has established that she paid $1,584.22 for medical insurance she did not have, that she has paid $2,620 for medical prescriptions that should have been covered, that she has paid $1,762.70 for medical bills that should have been covered, and that she has incurred medical expenses of $10,302.28 that should have been covered. The purpose is to restore plaintiff to the same position she would have been in if defendant had not permitted the insurance to lapse. If that had happened, she would have paid the premiums and she would have been covered. She is not, therefore, entitled to recovery of the premiums but she is entitled to the coverage she would have had. That amount is $14,684.98.

She is also entitled to attorney's fees and costs. We have no quarrel with the costs of $2,340.77, or with the number of hours expended. We do think, however, that $180 is a bit high for an associate with the firm about two years, who began working on the case when she joined the firm. We think $150 per hour is reasonable, as approved by Judge Kennelly in <u>Hobson v. Lincoln Insurance Agency, Inc.</u>. Accordingly, we award fees of $10,932 and costs

41

of $2,340.77.

The total amount of the judgment is $27,957.75.

                                                                                    *James B. Moran*
                                                                                    JAMES B. MORAN
                                                                                    Senior Judge, U. S. District Court

_May 31_, 2002.